IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FREDDY ALBERTO ZELEDON-GONZALEZ, | ) | COMPLAINT FOR CIVIL PENALTIES |
| | ) | FOR FAILURE TO DEPART PURSUANT |
| | ) | TO AN ORDER FOR REMOVAL |
| Defendant. | | |

The United States of America, by and through its undersigned attorney, alleges as follows:

PARTIES

1. Plaintiff is the United States of America ("United States").  The United States brings this action on behalf of the Department of Homeland Security as an agency of the United States.

2. Defendant Freddy Alberto Zeledon-Gonzalez ("Defendant") during all relevant times is an individual and noncitizen residing in the County of Cuyahoga within this district.

<u>JURISDICTION AND VENUE</u>

3. This Court has jurisdiction under 28 U.S.C. § 1345, and venue is proper in the Northern District of Ohio pursuant to 28 U.S.C. § 1391(b)(1) and 28 U.S.C. § 1395(a).

<u>FACTUAL BACKGROUND</u>

4. Defendant is indebted to the United States for a civil penalty assessed for willfully failing or refusing to leave the country during the required period to do so.

5. The total principal amount of the civil penalty is $306,386, as of April 2, 2026.  A "Certificate of Indebtedness" is attached hereto as Exhibit 1.

6. Defendant owes the civil penalty pursuant to section 274D(a) the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1324d(a).  That section provides that an alien who is subject to a final order of removal and willfully fails or refuses to depart shall pay a civil penalty.  The civil penalty is set at $998 per day pursuant to 8 C.F.R. § 280.53(b)(14).

7. Defendant lives in this country illegally and is subject to removal.  On January 30, 2025, an immigration judge entered an order to remove Defendant from the country.  The "Order of the Immigration Judge" ("Removal Order") is attached hereto as Exhibit 2.

8. The United States provided notice to Defendant of its intent to levy a civil penalty against him in the amount of $306,386 for his failure to comply with the Removal Order.  The "Notice of Violation and Order" ("NOV") is attached hereto as Exhibit 3.  Defendant was given 15 days to object to the issuance of the civil penalty.  *Id.*

9. On December 29, 2025, the NOV was personally served and left with an individual at the Defendant's last known address.  The Certificate of Service is attached hereto as Exhibit 4.

10. Defendant failed to respond to the NOV.

## FIRST CLAIM FOR RELIEF

### Civil Penalties for Failure to Depart – 8 U.S.C. § 1324d(a)

11.     The United States incorporates paragraphs 1 – 10 as if fully set forth herein.

12.     Section 1324d(a) of Title 8 provides that "[a]ny alien subject to final order of removal who willfully fails or refuses to depart from the United States pursuant to the order shall pay a civil penalty of not more than $500 to the Commissioner for each day the alien is in violation of this section."  This amount was adjusted for inflation to $998 per day pursuant to 8 C.F.R. § 280.53(b)(14).

13.     Defendant is an alien subject to a final order of removal who willfully fails or refuses to depart from the United States.

14.     The penalty covers the dates of January 31, 2025, starting the first day after entry of the Removal Order, to December 2, 2025, the date of the Notice of Violation and Order, for a total of $306,386.

15.     Defendant is subject to a civil penalty for failure to depart under 8 U.S.C. § 1324d(a).

16.     The United States provided notice to Defendant of its intent to levy a civil penalty in the amount of $306,386, via personal service to Defendant's address.

17.     Defendant did not respond or pay the assessed penalty.

PRAYER FOR RELIEF

WHEREFORE, the United States demands that:

1.     Judgment be entered against Defendant for $306,386, plus interest, penalties, costs and fees that have accrued to the date of judgment; and thereafter, interest accruing at the legal rate; and

2.       The United States be awarded such other relief as may be appropriate and just.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:   /s/ Patricia M. Fitzgerald
        Patricia M. Fitzgerald (PA: 308973)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3779
        (216) 522-2404 (facsimile)
        Patricia.Fitzgerald2@usdoj.gov