**Department of Homeland Security**
**U.S. Immigration & Customs Enforcement**
**Enforcement and Removal Operations**

**CERTIFICATE OF INDEBTEDNESS (COI)**

I certify that the records of the Department of Homeland Security (DHS) show that the debtor, **Freddy Alberto Zeledon-Gonzalez**, is indebted to the United States in the total amount of **$360,769.52**.

This debt arose from the debtor's failure to depart the United States in violation of an Immigration Judge's Order of Removal, made final on January 30, 2025.  As a result of this violation, the debtor is subject to a civil penalty of $998 per day under section 274D of the Immigration and Nationality Act, 8 U.S.C. § 1324d, and 8 C.F.R. § 280.53.

ICE prepared a Notice of Violation and Order (NOV) on December 2, 2025.  To calculate the principal fine amount, ICE generally multiplies $998 by the total number of days elapsed since the debtor's Order of Removal was finalized.  In this case, ICE determined to assess a civil monetary penalty for 307 consecutive days during which the alien willfully failed to depart the United States pursuant to a finalized Order of Removal.

On December 29, 2025, the NOV was personally served to the debtor's last known address at 1331 West 59th Street, Apt 1, Cleveland, OH 44102.  The NOV informed the debtor of the right to file an appeal within 15 business days from the date of service of the NOV.  In this case, 15 business days from the date of service of the NOV was January 21, 2026.  An invoice demanding payment was mailed to the debtor at 1331 West 59th Street, Apt 1, Cleveland, OH 44102, on or about December 24, 2025.  Agency records do not show that the debtor either appealed the NOV or disputed the invoice.

No payment has been made to satisfy this debt, and government databases show no record of departure for this debtor.

Interest accrues on the debt at the annual rate of 5% starting on the invoice date.  Penalty charges accrue at the annual rate of 6% starting 91 days from the invoice date.  All charges are computed under 31 U.S.C. § 3717. The table below sets forth the total debt due as of April 1, 2026.

| | |
|---|---|
| Invoice No. | C260033240 |
| Order Deadline to Depart | 1/30/2025 |
| Date NOV Prepared | 12/02/2025 |
| Days between Order and NOV | 307 |
| Daily Fine | $998 |
| Principal | $306,386.00 |
| Interest | $3,829.83 |
| Late Pay Penalty | $4,595.79 |
| Administrative Costs | $45,957.90 |
| **TOTAL** | **$360,769.52** |

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

April 2, 2026
Date

Dandridge, S. 7763  Digitally signed by Dandridge, S. 7763
Date: 2026.04.03 08:12:00 -04'00'

Sean C. Dandridge
Unit Chief, Alternatives to Detention

GOVERNMENT EXHIBIT

1