In the Matter of: __Freddy Alberto Zeledon Gonzalez_____

Name

___1331 West 59th Street, APT. 1, Cleveland, Ohio 44102_____

Address (Number, Street, City, State, and Zip Code)

---

### Certificate of Service

I declare under penalty of perjury that the following information is true:

__Shelly A. Gabor,_____          December 29, 2025 at 4:09 P.M.

Served by (print name)                          _____

                                                Date and time served

*[signature]*

Signature                                       Gabor Process Service, LLC

                                                Name of Company

_____

Company Tracking Number

__Residence_____

Place of service

_____        X  Alba Per_____

Person served – named or third party (print name)    Signature of person served

                                                ☐ Refusal to sign

Method of Service

☐ Personal Delivery – Named Party          ☐ Delivery to Attorney

☒ Personal Delivery – Third Party*          ☐ Unable to execute personal service

*Third party must be a person of suitable age and discretion who resides in the same household as the named party.

☒ Other (specify)

___The woman said, she dose not speak English. The woman acknowledged she lives

at this residence.

Additional information regarding attempted service, etc:

GOVERNMENT
EXHIBIT

4